# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

**Filed**

OCT 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Christopher Hinman, Carole Mirrasoul

## SUMMONS IN A CIVIL CASE

### v.

San Jose Police Officers C. Proft, Archer,
D'Arrigo, Strunk, Sgt. Knieves, City of San Jose,
San Jose Police Department

CASE NUMBER:

C07  03862   HRL

TO: (Name and address of defendant)

San Jose Police Officers C. Proft (Badge No. 2966), Archer (Badge No. 3096), D'Arrigo (Badge No. 3139),
Strunk (Badge No. 2626), Sgt. Knieves (Badge No. 3144), 201 W. Mission St., San Jose, CA 95110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony E. Pagkas, Pagkas Law Firm, 75 E. Santa Clara St., Suite 1210, San Jose, CA 95113

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 7-27-07

SANDY MORRIS

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/19/07 |

| | |
|---|---|
| Name of SERVER Christopher D'Anjon | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant Place where served:
201 W. Mission St., San Jose Police Department, San Jose, CA 95113

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/19/2007
             Date

Signature of Server

75 E. Santa Clara St. Ste. 1210, San Jose
Address of Server  CA 95113

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure