**\*E-FILED 10/24/2007\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER HINMAN, CAROLE MIRRASOUL,<br><br>Plaintiffs,<br><br>v.<br><br>SAN JOSE POLICE OFFICER C. PROFT (BADGE NO. 2966), et al.,<br><br>Defendants.<br>_____ / | No. C07-03862 HRL<br><br>**CLERK'S NOTICE RE-SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT, in view of the court's unavailability, the initial case management conference set for October 30, 2007 has been re-set for **November 13, 2007, 1:30 p.m.**, Courtroom 2, United States District Court, 280 S. First Street, San Jose, CA 95113. The parties' joint case management statement shall be filed no later than **November 6, 2007**. All parties who have not yet done so shall file either a consent or declination to proceed before a United States Magistrate Judge no later than **November 6, 2007**.

Dated: October 24, 2007

/s/
_____
Chambers of Magistrate Judge Howard R. Lloyd

1 **5:07-cv-3862 Notice will be electronically mailed to:**

2 Christopher James D'Anjou cdanjou@gmail.com, pagkas@yahoo.com

3 Anthony E. Pagkas pagkas@yahoo.com, cdanjou@gmail.com

4 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.