1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
   ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
   Attorneys for Defendants,
7  CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT,
   OFFICER C. PROFT, OFFICER ARCHER, OFFICER
8  D'ARRIGO, OFFICER STRUNK, and SERGEANT KNIEVES

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA,
11
                          SAN JOSE DIVISION
12

13 | CHRISTOPHER HINMAN, CAROLE MIRRASOUL, | Case Number: C07-03862 HRL |
14 | | |
15 | Plaintiffs, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
16 | v. | |
17 | SAN JOSE POLICE OFFICER C. PROFT (BADGE NO. 2966), SAN JOSE POLICE OFFICER ARCHER (BADGE NO. 3096), SAN JOSE POLICE OFFICER D'ARRIGO (BADGE NO. 3139), SAN JOSE POLICE OFFICER STRUNK (BADGE NO. 2626), SAN JOSE POLICE SERGEANT KNIEVES (BADGE NO. 3144), SAN JOSE POLICE DEPARTMENT, CITY OF SAN JOSE, AND DOES 1-200 | |
   | Defendants. | |

24        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

25        The undersigned parties in the above-captioned civil matter hereby decline to

26  / / / / /

27  / / / / /

28  / / / / /

1 consent to the assignment of this case to a United States Magistrate Judge for trial and
2 disposition and hereby request the reassignment of this case to a United States District
3 Judge.

Respectfully submitted,

Dated: November 6, 2007            RICHARD DOYLE, City Attorney

By: _____/S/_____
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorneys for Defendants, CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, OFFICER C. PROFT, OFFICER ARCHER, OFFICER D'ARRIGO, OFFICER STRUNK, and SERGEANT KNIEVES