**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Christopher Hinman,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. Proft, San Jose Police Officer, et.al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C07-03862<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 13, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: November 7, 2007　　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　　United States District Court


　　　　　　　　　　　　　　　　　　　　　　　 */s/ Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3  Counsel are responsible for distributing copies of this document to co-counsel who have not
4  registered for e-filing under the court's CM/ECF program.

7  Christopher James D'Anjou     cdanjou@gmail.com, pagkas@yahoo.com
8  Michael J. Dodson     cao.main@sanjoseca.gov
9  Anthony E. Pagkas     pagkas@yahoo.com, cdanjou@gmail.com