**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
———————
www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                          408.535.5364


**November 7, 2007**


**CASE NUMBER:  CV 07-03862 HRL**
**CASE TITLE:  CHRISTOPHER HINMAN, ET AL-v-SAN JOSE POLICE OFFICER C. PROFT**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to

the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 11/06/07


FOR THE EXECUTIVE COMMITTEE:


_____
Richard W. Wieking
                                                                      Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                  Special Projects
Log Book Noted                                         Entered in Computer 11/07/07 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA