1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
   ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
7  Attorneys for Defendants,
   CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT,
   OFFICER C. PROFT, OFFICER ARCHER, OFFICER
8  D'ARRIGO, OFFICER STRUNK, and SERGEANT NIEVES

9

10               UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

13  CHRISTOPHER HINMAN, CAROLE        Case Number: C07-03862 JF
    MIRRASOUL,
14
                Plaintiffs,           **STIPULATION AND [PROPOSED]**
15                                    **ORDER SELECTING ADR PROCESS**
        v.
16
    SAN JOSE POLICE OFFICER C. PROFT
17  (BADGE NO. 2966), SAN JOSE POLICE
    OFFICER ARCHER (BADGE NO. 3096),
18  SAN JOSE POLICE OFFICER D'ARRIGO
    (BADGE NO. 3139), SAN JOSE POLICE
19  OFFICER STRUNK (BADGE NO. 2626),
    SAN JOSE POLICE SERGEANT
20  KNIEVES (BADGE NO. 3144), SAN
    JOSE POLICE DEPARTMENT, CITY OF
21  SAN JOSE, AND DOES 1-200

22              Defendants.

23

24      Counsel report that they have met and conferred regarding ADR and have reached

25  the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

26      The parties agree to participate in the following ADR process:

27      **Court Processes:**

28      ☐ Arbitration         ☒ ENE         ☐ Mediation

                                    1

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(the deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____.

Dated:  December 12, 2007

By: _____/S/_____
CHRISTOPHER D'ANJOU, ESQ.

Attorney for Plaintiffs

Respectfully submitted,

Dated:  December 12, 2007              RICHARD DOYLE, City Attorney

By: _____/S/_____
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorneys for Defendants

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☒ Early Neutral Evaluation (ENE)

☐ Mediation

☐ Private ADR

Deadline for ADR session:

☒ 90 days from the date of this order.

☐ other.

IT IS SO ORDERED.

Dated: _____           _____
HONORABLE JEREMY FOGEL
United States District Court Judge

2