RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT,
OFFICER C. PROFT, OFFICER ARCHER, OFFICER
D'ARRIGO, OFFICER STRUNK, and SERGEANT NIEVES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER HINMAN, CAROLE MIRRASOUL,<br><br>Plaintiffs,<br><br>v.<br><br>SAN JOSE POLICE OFFICER C. PROFT (BADGE NO. 2966), SAN JOSE POLICE OFFICER ARCHER (BADGE NO. 3096), SAN JOSE POLICE OFFICER D'ARRIGO (BADGE NO. 3139), SAN JOSE POLICE OFFICER STRUNK (BADGE NO. 2626), SAN JOSE POLICE SERGEANT KNIEVES (BADGE NO. 3144), SAN JOSE POLICE DEPARTMENT, CITY OF SAN JOSE, AND DOES 1-200<br><br>Defendants. | Case Number: C07-03862 JF<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Arbitration    ☒ ENE    ☐ Mediation

1

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(the deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____.

Dated: December 12, 2007

By: _____/S/_____
   CHRISTOPHER D'ANJOU, ESQ.

Attorney for Plaintiffs

Respectfully submitted,

Dated: December 12, 2007      RICHARD DOYLE, City Attorney

By: _____/S/_____
   MICHAEL J. DODSON
   Sr. Deputy City Attorney

Attorneys for Defendants

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☒ Early Neutral Evaluation (ENE)

☐ Mediation

☐ Private ADR

Deadline for ADR session:

☒ 90 days from the date of this order.

☐ other.

IT IS SO ORDERED.

Dated: 12/13/07

_____
HONORABLE JEREMY FOGEL
United States District Court Judge

2