UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, December 14, 2007
**Case Number:** CV-07-3862-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | CHRISTOPHER HINMAN  V.  SAN JOSE POLICE OFF. C. PROFT, ET AL |
|---|---|
| PLAINTIFF | DEFENDANT |
| Attorneys Present: Christopher D'Anjou | Attorneys Present: Michael Dodson |

PROCEEDINGS:
   Case management conference held.  Parties are present.  Continued to 3/14/08 at 10:30 a.m. for further case management conference.