# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Hinman,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Proft,<br><br>　　　　　　Defendant(s). | 07-03862 JF ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Carol Webster Millie**
Corporate Advisory Law Group
40 Main St.
Los Altos, CA 94022
650-947-9199

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-03862 JF ENE　　　　　　　　　　　　　- 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: February 7, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov