UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, March 14, 2008
**Case Number:** CV-07-3862-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | CHRISTOPHER HINMAN  V.  SAN JOSE POLICE OFF. C. PROFT, ET AL |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Attorneys Present: Christopher D'Anjou | Attorneys Present: Michael Dodson |

PROCEEDINGS:
   Further case management conference held.   Parties are present.   Continued to 5/23/08 at 10:30 a.m. for further case management conference.