# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Hinman, | No. C 07-03862 JF ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Proft, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __5/14/08__

2. Did the case settle?     ☐ fully     ☐ partially     ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) __offered but no decision__
   ☐ phone discussions expected by (date) _____
   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**     ☒ YES     ☐ NO

Dated: __May 15, 2008__     _____Carol Webster Millie_____
                            **Evaluator, Carol Webster Millie**
                            Corporate Advisory Law Group
                            40 Main St.
                            Los Altos, CA 94022

**Certification of ADR Session**
07-03862 JF ENE