UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, May 23, 2008
**Case Number:** CV-07-3862-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**            **CHRISTOPHER HINMAN  V.  SAN JOSE POLICE OFF. PROFT, ET AL**

          **PLAINTIFF**                                **DEFENDANT**

  **Attorneys Present: Christopher D'Anjou**        **Attorneys Present: Michael Dodson**

---

PROCEEDINGS:

   Further case management conference held.   Parties are present.  The Court adopts the proposed case schedule as to discovery only and sets 1/9/09 as the date for dispositive motions cut-off.