1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
   ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California 95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number: (408) 998-3131
   E-Mail Address: cao.main@sanjoseca.gov
6
   Attorneys for Defendants,
7  CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT,
   OFFICER C. PROFT, OFFICER ARCHER, OFFICER
8  D'ARRIGO, OFFICER STRUNK, and SERGEANT NIEVES

9

10 ANTHONY E. PAGKAS, State Bar No. 186112
   CHRISTOPHER D'ANJOU, State Bar No. 234299
11 THE LAW OFFICE OF ANTHONY E. PAGKAS
   75 E. Santa Clara, Suite 1210
12 San Jose, CA 95113
   Telephone Number: (408) 291-5401
13 Facsimile Number: (408) 291-5302

14 Attorneys for Plaintiffs,
   CHRISTOPHER HINMAN and CAROLE MIRRASOUL
15

16                UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 CHRISTOPHER HINMAN, CAROLE         | Case Number: C07-03862 HRL
   MIRRASOUL,
20                                    | **STIPULATION OF DISMISSAL**
              Plaintiffs,
21
        v.
22
   SAN JOSE POLICE OFFICER C. PROFT
23 (BADGE NO. 2966), SAN JOSE POLICE
   OFFICER ARCHER (BADGE NO. 3096),
24 SAN JOSE POLICE OFFICER D'ARRIGO
   (BADGE NO. 3139), SAN JOSE POLICE
25 OFFICER STRUNK (BADGE NO. 2626),
   SAN JOSE POLICE SERGEANT
26 KNIEVES (BADGE NO. 3144), SAN
   JOSE POLICE DEPARTMENT, CITY OF
27 SAN JOSE, AND DOES 1-200

28            Defendants.

                           1

STIPULATION OF DISMISSAL                         CASE NO. C07-03862 HRL
                                                 483774.doc

1  **IT IS HEREBY STIPULATED** by and between the parties to this action, through
2  their designated counsel, that this entire action be, and hereby is dismissed with prejudice,
3  pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys fees and costs.

Respectfully submitted,

Dated: June 6, 2008

By: _____/S/_____
CHRISTOPHER D'ANJOU
Attorney at law

Attorney for Plaintiffs, CHRISTOPHER HINMAN and CAROLE MIRRASOUL

Dated: June 9, 2008

RICHARD DOYLE, City Attorney

By: _____/S/_____
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorney for Defendants, CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, OFFICER C. PROFT, OFFICER ARCHER, OFFICER D'ARRIGO, OFFICER STRUNK, and SERGEANT NIEVES

STIPULATION OF DISMISSAL                                  CASE NO. C07-03862 HRL
                                                          483774.doc

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel, that this entire action be, and hereby is dismissed with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys fees and costs.

Dated: ~~May~~ June 6, 2008

Respectfully submitted,

By: _____
CHRISTOPHER D'ANJOU
Attorney at law

Attorney for Plaintiffs, CHRISTOPHER HINMAN and CAROLE MIRRASOUL

Dated: May ___, 2008

RICHARD DOYLE, City Attorney

By: _____
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorney for Defendants, CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, OFFICER C. PROFT, OFFICER ARCHER, OFFICER D'ARRIGO, OFFICER STRUNK, and SERGEANT NIEVES